# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY LEROY PACKER,** : | |
| Petitioner : | |
| : | No. 1:18-cv-01407 |
| v. : | |
| : | (Judge Rambo) |
| **MARK CAPPOZZA, et al.,** : | |
| Respondent : | |

## ORDER

**AND NOW**, this 26th day of September 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Gregory Leroy Packer's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d);

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge